In the Matter of GREAT NORTHERN WAREHOUSES, INC., Appellant, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.

Argued October 13, 1942; decided November 25, 1942.

699

*David Brodsky, J. Almyk Lieberman, Bernard Reich* and *Thomas W. Dixson* for appellant.

*Gay H. Brown* and *Sherman C. Ward* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.